AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Kevin Jones | ) | Case No. |
| | ) | 12- |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 2007 to July 2012  in the county of _____ in the _____ District of  the District of Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 29 U.S.C. 501(c) | Any person who embezzles, steals, or unlawfully and willfully abstracts or converts to his own use, or the use of another, any of the moneys, funds, securities, property, or other assets of a labor organization of which he is an officer, or by which he is employed, directly or indirectly, shall commit the offense. |

This criminal complaint is based on these facts:

See attached Affidavit of Kathleen Nolan, Investigator, United States Department of Labor

☑ Continued on the attached sheet.

*Complainant's signature*

Kathleen Nolan, Investigator, US Dept. of Labor
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state:  Washington, District of Columbia      Magistrate Judge Alan Kay
*Printed name and title*