IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case: 1:12-cr-00227 |
| | : | Assigned To : Bates, John D. |
| Plaintiff, | : | Assign. Date : 10/22/2012 |
| | : | Description: INFORMATION (A) |
| vs. | : | |
| | : | VIOLATION: |
| KEVIN JONES | : | |
| | : | 29 U.S.C. § 501(c) |
| Defendant. | : | (Theft From a Labor |
| | : | Organization) |

### INFORMATION

The Assistant Attorney General charges that:

From on or about October 2007 through June 2010, in the District of the District of Columbia, Defendant Kevin Jones, while an officer in Metropolitan Campus Police Officers Union (MCPOU), did embezzle, steal and unlawfully and willfully abstract and convert to his own use and to use of others the moneys, property and other assets of said labor organization, Metropolitan Campus Police Officers Union (MCPOU), to wit: $28,504.96 in unauthorized withdrawals from the bank account for Metropolitan Campus Police Officers Union (MCPOU).

   (Theft From a Labor Organization in violation of
   29 U.S.C. § 501(c)).

                              LANNY A. BREUER
                              ASSISTANT ATTORNEY GENERAL

                              /s/Vincent J. Falvo
                              VINCENT J. FALVO, JR.
                              Department of Justice
                              1301 New York Avenue, NW, Room 4419
                              Washington, D.C. 20530
                              (202) 353-9384
                              vincent.falvo@usdoj.gov